UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA

       v.　　　　　　　　　　　　　　　　3:08-CR-485

MARY ANN GAEDS,　　　　　　　　　　(TJM/GJD)

                Defendant.
_____
MIROSLAV LOVRIC, Assistant United States Attorney
LISA A. PEEBLES, Assistant Federal Public Defender

**ORDER**

Presently before the court is a request to post property to satisfy this court's oral order requiring $50,000 cash bail as security for defendant's release.

The papers received by the clerk seem to indicate that there was $50,000 in equity in property offered by the surety. However, public records from the Taxing Authorities show that the property is assessed at a much lower value than the value given by the surety. The Federal Public Defender has stated in a letter dated August 25, 2008 that a professional appraisal has been done which gave a higher appraisal value. This appraisal was done approximately five years ago. The court will consider allowing the property to be posted as security, however, any appraisal must be *current*, and the appraisal must show a fair market value at least $50,000 more than the outstanding debt.

Defendant's application through a surety to utilize the surety's property for security is hereby **DENIED** without prejudice to a renewal on further, more current information.

Date: August 25, 2008　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Gustave J. DiBianco
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge