UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

        v.                               3:08-CR-485

MARY ANN GAEDS,              (TJM/GJD)

              Defendant.
_____

MIROSLAV LOVRIC, Assistant United States Attorney
LISA A. PEEBLES, Assistant Federal Public Defender

## ORDER

The court has received from defense counsel a letter from a realtor in connection with the property proposed to be posted by Lisa Gerchman. The court has reviewed the letter from Maureen Adams, and will accept her opinion about the fair market value of 12 Lois Avenue, Binghamton. Accordingly, the court will order that defendant be released on the standard conditions plus those proposed by Pretrial Services, and the proper posting of the Agreement to Forfeit Real Property.

**WHEREFORE** it is hereby

**ORDERED**, that the clerk can prepare the papers for release as soon as the property is posted; and it is further

**ORDERED,** that defendant will be **RELEASED** from custody on the conditions proposed by Pretrial Services, plus the Agreement to Forfeit Real Property signed by Lisa Gerchman.

Date: August 28, 2008

                                                    _____
                                                    Hon. Gustave J. DiBianco
                                                    U.S. Magistrate Judge